UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FILED - GR
July 13, 2012 10:17 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald / ___ SCANNED BY: NS/7/13

KEVIN THERIOT,

       Plaintiff,

v.

       Case No. 2:12-cv-200
       (COA No. 12-1817)

ROBERT HOLMES BELL et al,

       Defendant.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following documents received July 10, 2012, and orders the Clerk to reject the Notice Supplement to Writ of Mandamus and Notice of Fault and Opportunity to Cure and Contest Acceptance and return the documents to Kevin Theriot for the reason noted below:

      Filer is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with US Court of Appeals. It appears that the documents were submitted to this Court in error.

      IT IS SO ORDERED.

Dated: 7/12/12
NS

                                Hugh W. Brenneman, Jr.
                                United States Magistrate Judge

&lt;For Court Use Only&gt;

☒ The Clerk shall accept the pleading(s) for filing _____ Dated: _____