Case 2:12-cv-00200-RHB-JGS  ECF No. 46 filed 07/31/12  PageID.143  Page 1 of 1

FILED - GR
July 30, 2012 3:53 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: gf /_____ SCANNED BY: /s/ 7\31\

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN DWAYNE THERIOT #423068,

       Plaintiff,

v.

WALTER BATES et al,

       Defendant.
_____/

Case No. 2:12-cv-200

Hon. Robert Holmes Bell

## ORDER REJECTING PLEADING

The Court has examined the following documents received July 23, 2012, and orders the Clerk to reject the Petition for Depositions Before Action or Pending Appeal and return the documents to Kevin Dwayne Theriot for the reason noted below:

Filer is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with US Court of Appeals. It appears that the documents were submitted to this Court in error.

IT IS SO ORDERED.

Dated: 7/30/2012

ns

_____
Joseph G. Scoville
United States Magistrate Judge

<For Court Use Only>
☐ The Clerk shall accept the pleading(s) for filing _____ Dated: _____