FILED - GR
July 30. 2012 3:53 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__gf__/____ SCANNED BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN DWAYNE THERIOT #423068,

           Plaintiff,

v.

WALTER BATES et al,

           Defendant.

_____/

Case No. 2:12-cv-200

Hon. Robert Holmes Bell

## ORDER REJECTING PLEADING

The Court has examined the following documents received July 23,2012, and orders the Clerk to reject the Supplemental Pleadings and Notice and return the documents to Kevin Dwayne Theriot for the reason noted below:

Pursuant to the Order entered June 29, 2012, this case is now closed.

IT IS SO ORDERED.

Dated: 7/30/201~
ns

Joseph G. Scoville
United States Magistrate Judge

&lt;For Court Use Only&gt;
☑ The Clerk shall accept the pleading(s) for filing _____ Dated: _____