FILED
July 30, 2012 3:53 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: gf / SCANNED BY: /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN DWAYNE THERIOT #423068,

        Plaintiff,

v.

WALTER BATES et al,

        Defendant.
_____/

Case No. 2:12-cv-200

Hon. Robert Holmes Bell

## ORDER REJECTING PLEADING

The Court has examined the following document received July 23, 2012, and orders the Clerk to reject the Notice Supplement to Writ of Mandamus and return the documents to Kevin Dwayne Theriot for the reason noted below:

The documents are a duplication of documents previously submitted and rejected on July 13, 2012, in the Clerk's Office.

IT IS SO ORDERED.

Dated: 7/30/2012
ns

                              Joseph G. Scoville
                              United States Magistrate Judge

<For Court Use Only>
☐ The Clerk shall accept the pleading(s) for filing _____ Initials: _____ Dated: _____